# Third District Court of Appeal

## State of Florida

Opinion filed March 6, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0308
Lower Tribunal No. 22-950
_____

**Roy Otero, et al.,**
Appellants,

vs.

**The American Automobile Association (Incorporated) and Auto Club Group, Inc.,**
Appellees.


An Appeal from the Circuit Court for Miami-Dade County, William Thomas, Judge.

Panter, Panter & Sampedro, P.A., Joshua L. Wintle, and David Sampedro, for appellants.

Milber, Makris, Plousadis & Seiden, LLP, Crystal L. Arocha, and Michael J. Lynott, for appellees.


Before LOGUE, C.J., and FERNANDEZ and LINDSEY, JJ.

PER CURIAM.

Affirmed. See McCain v. Fla. Power Corp., 593 So. 2d 500, 503 (Fla. 1992) ("[D]uty exists as a matter of law and is not a factual question for the jury to decide."); Jenkins v. W.L. Roberts, Inc., 851 So. 2d 781, 783 (Fla. 1st DCA 2003) ("The duty element of negligence is a threshold legal question; if no legal duty exists, then no action for negligence may lie.").